UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET WHINERY,

    Plaintiff,

v.

    Case No. 1:24-cv-393

    HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

# ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 17) on March 26, 2025, recommending that the Court reverse the Administrative Law Judge's decision and remand this matter to the Commissioner for consideration because substantial evidence does not support the Administrative Law Judge's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated: April 11, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge