UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARGARET W.,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 1:24-cv-00393

Hon. Jane M. Beckering
U.S. District Judge

## REPORT AND RECOMMENDATION

Plaintiff filed an unopposed motion for an award of attorney fees in the amount of $6,936.08 under the Equal Access to Justice Act, 28 U.S.C § 2412. (ECF No. 20.)

In the opinion of the undersigned, Plaintiff's request for attorney fees is supported by the record.

Accordingly, it is respectfully recommended that the Court grant the unopposed motion and enter an order for fees in the amount of $6,936.08.

Dated: July 14, 2025

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE

## NOTICE TO PARTIES

Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). All objections and responses to objections are governed by W.D. Mich. LCivR 72.3(b). Failure to file timely objections may constitute a waiver of any further right of appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see Thomas v. Arn*, 474 U.S. 140 (1985).