UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET WHINERY,

    Plaintiff,

v.

    Case No. 1:24-cv-393

    HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (ECF No. 20).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 21) on July 14, 2025, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (ECF No. 20) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $6,936.08 pursuant to the Equal Access to Justice Act.

Dated: July 29, 2025

           /s/ Jane M. Beckering
          JANE M. BECKERING
          United States District Judge